# KHEYFITS P.C.

TEL. (212) 203-5399  
FAX. (212) 203-6445

1140 AVENUE OF THE AMERICAS  
9TH FLOOR  
NEW YORK, NEW YORK 10036

WWW.KHEYFITS.COM

DMITRY KHEYFITS  
DKHEYFITS@KHEYFITS.COM

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: AUG 01 2016

July 29, 2016

**By ECF and Email (ForrestNYSDChambers@nysd.uscourts.gov)**

Hon. Katherine B. Forrest  
Courtroom 15A  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

    Re:   *LaserDynamics USA, LLC v. CMC Magnetics Corp. et al. (16-cv-1225-KBF)*

Dear Judge Forrest:

On July 1, 2016, the Court discontinued the above-captioned action and informed the parties that they have until August 1, 2016 to restore the action to the active calendar. The parties write to inform the Court that they are working to finalize the settlement agreement and have resolved most outstanding issues relating to the agreement. However, the parties respectfully request the Court to extend the current deadline to revive the action by two weeks from August 1, 2016 to August 15, 2016, in order to permit the parties to finalize the agreement.

Respectfully submitted,

/s/ Dmitry Kheyfits

Dmitry Kheyfits  
*Counsel for Plaintiff LaserDynamics USA, LLC*

/s/ Grace L. Pan

Grace L. Pan  
*Counsel for Defendants CMC Magnetics Corp. and Hotan Corp.*

So ordered.

/s/ KB Forrest  
USDJ  
8/1/16